# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **UNITED STATES OF AMERICA,**　　　　　　　　　　**Plaintiff,**　v.　**John Anthony Taylor,**　　　　　　　　　　**Defendant.** | **ORDER**　Case No. 2:22-cr-0084-HCN |

The WARRANT that was issued for **John Anthony Taylor on April 22, 2022** has been RECALLED.

IT IS SO ORDERED.

DATED April 25, 2022.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge